7-13-15

83,28903

Court of Criminal Appeals,
  I just wanted to notify you of my change of address as my Habeas Corpus is and has been under review since May 13, 2015. I am no longer at Marlin Transfer Facility. I have been moved to the Crain Unit in Gatesville so any future correspondence needs to be addressed here. I was transferred last Thursday, 7-10-15. Thank you so very much for your time in this matter.
          God Bless,

          Lauren Aycock

I did forward offense reports last week before leaving Marlin, so if there is anything additional you may need, or you want to send confirmation of receiving them I wanted to provide you with my updated info. Thanks again.

  Lauren Aycock #1969847
  Crain Unit
  1401 State School Rd.
  Gatesville, TX
     76599

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUL 17 2015

Abel Acosta, Clerk